IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-76-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PREANTE MONTRELL WHITFIELD, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for reconsideration [D.E. 68] not later than January 7, 2019.

SO ORDERED. This 2l day of December 2018.

                                                                   JAMES C. DEVER III
                                                                   United States District Judge