IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-76-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PREANTE MONTRELL WHITFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

On December 3, 2018, Preante Montrell Whitfield moved for reconsideration of this court's order of January 5, 2018. See [D.E. 68]; cf. [D.E. 41] (concluding that Hobbs Act robbery is a crime of violence under 18 U.S.C. § 924(c)(3)(A)). On January 4, 2019, the government responded in opposition. See [D.E. 76].

As the government correctly notes, Hobbs Act robbery is a crime of violence under 18 U.S.C. § 924(c)(3)(A). Thus, the court need not address whether Sessions v. DiMaya, 138 S. Ct. 1204 (2018), affects 18 U.S.C. § 924(c)(3)(B). Accordingly, the motion for reconsideration [D.E. 68] is DENIED.

SO ORDERED. This 11 day of January 2019.

JAMES C. DEVER III
United States District Judge